702 A.2d 357

**Daniel PORCELLINI, Petitioner,**

v.

**INTERNATIONAL MANAGEMENT CONSULTANTS, INC. and Granite Run Mall and Equitable Life Assurance Society, Ind. and t/a Granite Run Mall and Granite Run Mall, Inc. and Roman Mosaic & Tile Company, U.S. Dismantlement & R.C. Company, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Richard Glassman, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is **GRANTED**. This matter is **REMANDED** to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).